tion by John W. Baker against John H. Parks and others. C. B. Reid, for appellants. J. K. Cheevey, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendants to withdraw demurrer, and answer, on payment of costs in this court and in the court below.

In re BALDWIN. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) In the matter of the real estate of Henry Baldwin, deceased. No opinion. Decree of surrogate's court affirmed, with costs.

BALL, Appellant, v. WILLIAMS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) Action by Lydia M. P. Ball against Sarah Williams and others. No opinion. Motion denied, with $10 costs.

BANK v. MARKOWITZ. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by Samuel Bank against Herman Markowitz. No opinion. Motion denied, with $10 costs. See 66 N. Y. Supp. 1125.

BANNAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by George L. Bannan against the Metropolitan Street-Railway Company. C. F. Brown, for appellant. W. J. Townsend, for respondent. No opinion. Judgment and order affirmed, with costs.

BARBER, Respondent, v. BRUNDAGE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 4, 1900.) Action by Carrie G. Barber against J. Smith Brundage and others.
PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless within 20 days the appellant causes the case herein to be settled, signed, and filed, and the papers on appeal to be printed, filed, and served, and pays the costs of this motion.

BARCLAY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by George W. Barclay against the Metropolitan Street-Railway Company. C. F. Brown, for appellant. F. Moss, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BARNES et al., Respondents, v. HIEBER et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 7, 1900.) Action by Frank P. Barnes and Asa W. Davis against John C. Hieber and others. No opinion. Order affirmed, with $10 costs and disbursements.

BAUMANN, Respondent, v. RABE, Appellant. (Supreme Court, Appellate Term. January 2, 1901.) Action by Albert Baumann against Margaret Rabe, as treasurer, etc. From a judgment for plaintiff, defendant appeals. Affirmed. F. W. Fitzgerald, for appellant. A. P. Wagener, for respondent.

PER CURIAM. The judgment shows that the learned justice construed the by-law in question correctly. Judgment affirmed, with costs.

BENDA, Respondent, v. KEIL et al., Appellants. (City Court of New York, General Term. January 8, 1901.) Action by one Benda against one Keil and others. From a judgment in favor of plaintiff, and from an order denying a motion for a new trial, the defendants appeal. Affirmed. A. E. Schatz, for appellants. Catlin & Nekarda, for respondent.

HASCALL, J. The direct questions as to whether the defendants were guilty of negligence, whether plaintiff contributed by his own fault or carelessness, and the measure of damage were all properly and amply presented by the court below to the jury. The facts are found and fixed by the verdict upon disputed and conflicting averment and evidence; the suggestion of carelessness of a fellow workman, as a defense, is not upheld by the record; and the amount of damage awarded is not, in fact or suggestion, excessive. Judgment and order appealed from to be affirmed, with costs.

BENTLY, Respondent, v. VILLAGE OF GLENS FALLS, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by Mary L. Bently against the village of Glens Falls. No opinion. Judgment and order affirmed, with costs.

BIRNGRUBER, Respondent, v. TOWN OF EASTCHESTER, Appellant. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by Charles Birngruber against the town of Eastchester. No opinion. Motion for leave to appeal to the court of appeals denied. See 66 N. Y. Supp. 278.

BISHOF, Respondent, v. LEAHY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by George Bishof against Thomas B. Leahy, impleaded with John Herrel. No opinion. Motion for reargument granted. Cause to be heard on December 10th. See 66 N. Y. Supp. 342.

BISSEL, Appellant, v. WILLIS, Respondent. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by Isaac Bissel against Theodore Willis. No opinion. Judgment and order affirmed, with costs.

BLY v. EDISON ELECTRIC CO. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by Sarah A. Bly against the Edison Electric Company. No opinion. Motion denied, with $10 costs. See 66 N. Y. Supp. 737.

BOAS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. January 2, 1901.) Action by David Boas against the Metropolitan Street-Railway Company. From a judgment in favor of plaintiff, defendant appeals. Affirmed. H.